UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00167-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) ) | |
| Vs. | ) ) | ORDER |
| **JASON MICHAEL BROWN,** | ) ) ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's Motion for Restitution. Having considered the government's motion and reviewed the pleadings, and it appearing that defendant has not responded within the time allowed and that the amounts of restitution are otherwise fair and reasonable in light of the evidence in this case concerning the images and the impact on such victims, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion for Restitution (#31) is GRANTED, and restitution is awarded and payable to victims "Vicky" and "Cindy" in the amount of $5,000.00 each, for a total restitution award of $10,000.00. The Clerk of Court shall submit an Amended judgment reflecting such terms of restitution.

If the defendant is unable to pay any monetary penalty immediately, during the period of imprisonment payments shall be made through the Federal Bureau of Prison's Inmate Financial Responsibility Program. Upon release from imprisonment any remaining balance shall be paid in monthly installments of no less than $50 to commence within 60 days after release from imprisonment, until paid in full;

The underlying motion seeking such restitution is SEALED as the information contained therein consists of sentencing material that contains sensitive victim information related to persons who are/or were minors and no lesser means other than sealing would protect that information. This Order is not, however, sealed, as the names used herein are "f/k/a" and do not constitute personal identifiers.

Signed: December 11, 2015

Max O. Cogburn Jr.
United States District Judge