UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00167-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JASON MICHAEL BROWN,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's "Redaction Request" (#48). The court has deemed this pleading to be a motion.[1]

Turning to the substance of the motion, it appears court that each request for further redaction is substantially tied to protecting the identity of a child victim. While this court has taken into account the interests of the public and the press in having access to a full transcript of in-court proceedings, which are substantial interests, redaction appears to be the least intrusive method of protecting the identity of the child victim, whose privacy interest is compelling. Finally, the court notes that neither the defendant nor the press has interposed any objection. Finding that the child victim's interest in privacy outweighs the public's interest in the substance of the requested redactions, the court will grant the motion.

---

[1] The government did not docket such pleading as a "Motion" or include the word "Motion" in its pleading. While such may be a minor error, by styling and filing its pleading as a "Request" rather than a "Motion," the pleading was not trackable in ECF and was not sent to chambers for action. Indeed, if it were not for the careful attention paid by the Court Reporter, this request would not have been reached by the court in a timely manner. The government is reminded that any request that requires court action must be captioned and docketed as a motion. See Fed.R.Crim.P. 47(a).

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's "Redaction Request" (#48),

deemed to be a Motion for Redaction of Transcripts, is **GRANTED** and the Official Court

Reporter is instructed to so redact the transcripts.

Signed: November 7, 2016

Max O. Cogburn Jr.
United States District Judge