UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-167

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JASON MICHAEL BROWN,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion for Return of Seized Property. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Return of Seized Property (#58) is **DENIED without prejudice.**

**IT IS FURTHER ORDERED** that defendant shall mail written correspondence to the United States Attorney's Office listing the items that he seeks, as well as contact information (name, address, phone number, and email address) for a designee who shall receive said items that law enforcement recovered that are not stolen, contraband, or of evidentiary value.

Signed: July 13, 2018

Max O. Cogburn Jr.
United States District Judge