UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00167-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | ORDER |
| | ) | |
| **JASON MICHAEL BROWN,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Compassionate

Release and Reduction of Sentence Pursuant to First Step Act of 2018. (Doc. No. 72).

**ORDER**

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response

to Defendant's motion.

Signed: May 2, 2023

Max O. Cogburn Jr.
United States District Judge