UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cr-167-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| JASON MICHAEL BROWN, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Reconsideration of the Court's prior Order (Doc. No. 77) denying his Motion Compassionate Release/Reduction of Sentence. (Doc. No. 76).

The Court will deny the motion, as Defendant still has not identified any extraordinary and compelling reasons warranting his compassionate release, and the sentencing considerations described in 18 U.S.C. § 3553(a) do not weigh in favor of his release or a reduction in his sentence. As to Defendant's argument that the Court did not consider that he suffers from serious, untreated mental health issues, the Court finds that, even if this is true, Defendant's mental health issues do not constitute an extraordinary and compelling reason to release him from prison early. Moreover, to the extent that Defendant suggests that he has a claim against BOP for failing to adequately treat his serious mental health issues, Defendant may file a petition under 28 U.S.C. § 2241 in his district of confinement.

For these reasons, and for the reasons stated in the Court's prior Order denying Defendant's motion for compassionate release, the motion for reconsideration is **DENIED**.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Motion for Reconsideration of the Court's prior Order denying his Motion Compassionate Release/Reduction of Sentence, (Doc. No. 77), is **DENIED**.

Signed: August 3, 2023

Max O. Cogburn Jr.
United States District Judge